# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**STATE OF MISSISSIPPI**

**V.**                                        **CRIMINAL NO.: 4:12CR00130-MPM-JMV**

**ERIQUE RICHARDSON**
*also know as* **SIKANU NAHOL IMASTABI**

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated March 7, 2013, was on that date duly served upon the *pro se* defendant; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated March 7, 2013, is hereby approved and adopted as the opinion of the Court.

2. That this cause is hereby **REMANDED** to the Circuit Court of Washington County, Mississippi.

**THIS**, the 3rd day of April, 2013.

                                                       **/s/ MICHAEL P. MILLS**
                                                       **CHIEF JUDGE**
                                                       **UNITED STATES DISTRICT COURT**
                                                       **NORTHERN DISTRICT OF MISSISSIPPI**